|   |   |
|---|---|
| 1 | Judge Franklin D. Burgess |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| UNITED STATES OF AMERICA, | ) |   |
|---|---|---|
|  | ) | NO. CR05-5828FDB |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | REQUEST AND ORDER |
|  | ) | FOR DISMISSAL |
| WILLIAM C. RODGERS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Comes now, the United States of America, by and through John McKay, United States Attorney for the Western District of Washington, Mark Bartlett, First Assistant United States for said District, and Andrew C. Friedman, Assistant United States Attorney for said District, pursuant to Federal Rule of Criminal Procedure 48(a), and asks that the Court dismiss the charges brought in this case against William C. Rodgers.

Following his indictment on December 7, 2005, Rodgers was arrested in Arizona on the charges in this case. Rodgers committed suicide while in custody and prior to

///
///
///
///
///
///

REQUEST AND ORDER FOR DISMISSAL/RODGERS
(CR05-5828FDB) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

being transported to the Western District of Washington. As a result, the charges against Rodgers should be dismissed.

DATED this eighteenth day of May, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/Mark Bartlett
MARK BARTLETT
First Assistant United States Attorney

s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-2277
Fax: (206) 553-0755
E-mail: Andrew.Friedman@usdoj.gov
Mark.Bartlett@usdoj.gov

Leave of the Court is granted for the filing of the foregoing dismissal and the charges against William C. Rodgers in the Superseding Indictment are hereby DISMISSED.

DATED this 19th day of May, 2006.

FRANKLIN D. BURGESS
United States District Judge

REQUEST AND ORDER FOR DISMISSAL/RODGERS
(CR05-5828FDB) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970